# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

KERISSA MONIQUE J.,

                Plaintiff,                  24 **CIVIL** 8645 (GRJ)

      -against-                            **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated September 8, 2025, Plaintiff's Motion for Judgment on the Pleadings is DENIED and this case is DISMISSED; accordingly, this case is closed.

**Dated:** New York, New York

      September 9, 2025

                                                        **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                              **BY:**

                                                       **Deputy Clerk**